IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 18-295 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| KYLE RESHAUD GOOSBY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant's Motion (Docs. [50]) for compassionate release, based on the COVID-19 pandemic, will be denied.

Defendant argues that his hypertension and asthma merit a reduction in his sentence. He provides medical records of his treatment and diagnosis of hypertension, which appear to be managed without acute issues. Doc. 50-1 at pg. 3. Nor does Defendant's asthma appear to be a significant health concern, as he has not suffered any recent asthma attacks nor been hospitalized for respiratory distress for the past five years. Id. at pg. 4.

Nevertheless, Defendant's health conditions are not dispositive. Rather, the Court is required to balance Defendant's health conditions against the Section 3553 factors that resulted in his original sentence. Here, even if the Court were to assume that Defendant's medical conditions rendered him susceptible to illness, the Court finds release unjustified given the nature, circumstances and seriousness of Defendant's offense, and the needs for just punishment and deterrence. Defendant has served less than half of his 78-month sentence for drug trafficking and possession of firearms in furtherance of his drug trafficking activity. Defendant does not provide any other extraordinary and compelling reasons for release.

2

Having weighed the specific facts and circumstances regarding Defendant, the status of the COVID-19 pandemic along with Defendant's medical conditions and all of the considerations in Section 3553, the Court cannot agree that release is warranted. For these reasons, Defendant's Motion (**Doc. 50**) for compassionate release is **DENIED**.

IT IS SO ORDERED.

September 9, 2021

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail)

Kyle Goosby, 39200-068
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525